**No. 60343.**—Hedaya Importing Co., Inc. *v.* United States, protest 271715–K (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of hand-embroidered articles, not wearing apparel, in part of machine-made lace, similar in all material respects to those the subject of Abstract 59733, the claim of the plaintiff was sustained.

**No. 60344.**—Novelty Veiling Co., Inc., et al. *v.* United States, protests 264189–K, etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, NOVEMBER 8, 1956

**No. 60345.**—Naumes Forwarding Service et al. *v.* United States, protests 223305–K/5011, etc. (Chicago).

Opinion by Johnson, J. In accordance with stipulation of counsel that the articles herein are similar in all material respects to the mustard pots the subject of *Julliard Fancy Foods Co.* v. *United States* (33 Cust. Ct. 1, C. D. 1625), the claim of the plaintiffs was sustained.